UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIA TOTROVA,

      Petitioner,

v.                                                                                                  Case No. 2:25-cv-01298-DHU-GBW

PAMELA BONDI, Attorney General of the
United States; KRISTI NOEM,
Secretary of the Department of Homeland
Security; MARY DE ANDA-YABARRA,
El Paso Field Office Director Immigration
and Customs Enforcement and Removal
Operations; TODD LYONS, Acting
Director of U.S. Immigration Customs
and Enforcement; DORA CASTRO, Warden
of the Otero County Processing Center,

      Respondents.

### ORDER TO FACILITATE PETITIONER'S APPEARANCE AT HEARING

THIS MATTER is before the Court on Petitioner's Motion for a Temporary Restraining Order ("Motion for TRO") filed on December 23, 2025. Doc. 3 The Court has set a hearing on the Motion for TRO for January 2, 2026, at 1:00 PM, at the Pete V. Domenici United States Courthouse, 420 Mimbres Courtroom. Doc. 6.

Petitioner is in immigration detention and is proceeding *pro se*. Doc. 1 at 1 (listing Petitioner's address as the Otero Country Processing Cetner and noting that she is proceeding *pro se*); Doc. 3 at 1 (same). She, therefore, cannot appear at the hearing on the Motion for TRO without Respondents' assistance. Accordingly, it is **HEREBY ORDERED** that Respondents must facilitate Petitioner's in-person appearance at the hearing on the Motion for TRO scheduled for January 2, 2026, at 1:00 PM, at the Pete V. Domenici United States Courthouse, 420 Mimbres Courtroom.

1

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
United States District Judge